ALVIN BLUMEYER, Plaintiff-Appellee, *v.* TOM MIGHELL CONSTRUCTION, Defendant-Appellant.

(No. 74-141; )

Second District (1st Division)—April 28, 1975.

Opinion by Mr. JUSTICE HALLETT.

Robert G. Coplan, of Connolly, Oliver, Goddard, Coplan, & Close, of Rockford, for appellant.

No appearance for appellee.